| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>WARREN S. JONES, JR., ESQ. #003781980<br>Law Offices of Warren S. Jones, Jr., LLC<br>1 Trinity Lane<br>Mt. Holly New Jersey 08060<br>(609) 261-8400<br>Attorneys for Creditor<br>Carrington Mortgage Services, LLC<br>C.241-2703.NF | Order Filed on November 30, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Keith V. Hinkle<br>and Jennifer M. Hinkle | Case No.:  16-19872-CMG<br><br>Adv. No.:<br><br>Hearing Date:  12/07/2016<br><br>Judge:  Christine M. Gravelle |

## CONSENT ORDER FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through ___four (4)___ is hereby **ORDERED**.

DATED: November 30, 2016

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtors: Keith V. Hinkle and Jennifer M. Hinkle
Case No. 16-19872-CMG
Caption of Order: Consent Order for Relief from Stay

---

IT IS HEREBY CONSENTED by and between Movant, Carrington Mortgage Services, LLC, its assignees and/or successors in interest, through its retained counsel, Warren S. Jones, Jr., Esquire, for Prober & Raphael, A Law Corporation, and Debtors Keith V. Hinkle and Jennifer M. Hinkle, through their counsel, Robert C. Nisenson, Esquire, and the Chapter 13 Trustee, Albert Russo, as follows:

1. Movant acknowledges that Debtors intend to surrender the subject property as set forth in the Statement of Intention filed May 20, 2016 at Doc. 1, while the instant case was a Chapter 7 proceeding.

2. The Automatic Stay in the above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to the subject Property, and Movant, its assignees and/or successors in interest, may proceed with foreclosure of the subject Property generally described as **1244 Pine Ridge, Bushkill, Pennsylvania 18324**, pursuant to applicable state law, and thereafter commence any action necessary to obtain complete possession thereof.

3. Carrington Mortgage Services, Inc., its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

(Page 3)
Debtors: Keith V. Hinkle and Jennifer M. Hinkle
Case No. 16-19872-CMG
Caption of Order: Consent Order for Relief from Stay

---

4. Carrington Mortgage Services, Inc. may join the debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

Dated: 11-29-16

By _____
Warren S. Jones, Jr., Esquire #003781980
Retained Counsel
Law Offices of Warren S. Jones, Jr.
1 Trinity Lane
Mt. Holly New Jersey 08060
(609) 261-8400

Of Counsel:
Prober & Raphael, A Law Corporation
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
C.241-2703.NF

Dated: _____

By _____
Robert C. Nisenson, Esquire #6680
Attorney for Debtors
Robert C. Nisenson, LLC
10 Auer Court, Suite E
East Brunswick, NJ 08816
(732) 238-8777

(Page 4)
Debtors: Keith V. Hinkle and Jennifer M. Hinkle
Case No. 16-19872-CMG
Caption of Order: Consent Order for Relief from Stay

---

### CERTIFICATE OF MAILING

I hereby certify that on _____, 20___, a copy of the foregoing Order was served on each of the following: Movant Carrington Mortgage Services, LLC.

JAMES J. WALDRON, CLERK