```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

WARREN S. JONES, JR., ESQ. #003781980
Law Offices of Warren S. Jones, Jr., LLC
1 Trinity Lane
Mt. Holly New Jersey 08060
(609) 261-8400
Attorneys for Creditor
Carrington Mortgage Services, LLC
C.241-2703.NF
```

**Order Filed on November 30, 2016**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Keith V. Hinkle
and Jennifer M. Hinkle

Case No.: 16-19872-CMG

Adv. No.:

Hearing Date: 12/07/2016

Judge: Christine M. Gravelle

## CONSENT ORDER FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through ___four (4)___ is hereby **ORDERED**.

**DATED: November 30, 2016**

_Christine M. Gravelle_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
**Debtors: Keith V. Hinkle and Jennifer M. Hinkle**
**Case No. 16-19872-CMG**
**Caption of Order: Consent Order for Relief from Stay**

---

IT IS HEREBY CONSENTED by and between Movant, Carrington Mortgage Services, LLC, its assignees and/or successors in interest, through its retained counsel, Warren S. Jones, Jr., Esquire, for Prober & Raphael, A Law Corporation, and Debtors Keith V. Hinkle and Jennifer M. Hinkle, through their counsel, Robert C. Nisenson, Esquire, and the Chapter 13 Trustee, Albert Russo, as follows:

1. Movant acknowledges that Debtors intend to surrender the subject property as set forth in the Statement of Intention filed May 20, 2016 at Doc. 1, while the instant case was a Chapter 7 proceeding.

2. The Automatic Stay in the above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to the subject Property, and Movant, its assignees and/or successors in interest, may proceed with foreclosure of the subject Property generally described as **1244 Pine Ridge, Bushkill, Pennsylvania 18324**, pursuant to applicable state law, and thereafter commence any action necessary to obtain complete possession thereof.

3. Carrington Mortgage Services, Inc., its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

(Page 3)
Debtors: Keith V. Hinkle and Jennifer M. Hinkle
Case No. 16-19872-CMG
Caption of Order: Consent Order for Relief from Stay

---

4. Carrington Mortgage Services, Inc. may join the debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

Dated: 11-29-16

By _____
Warren S. Jones, Jr., Esquire #003781980
Retained Counsel
Law Offices of Warren S. Jones, Jr.
1 Trinity Lane
Mt. Holly New Jersey 08060
(609) 261-8400

Of Counsel:
Prober & Raphael, A Law Corporation
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
C.241-2703.NF

Dated: _____

By _____
Robert C. Nisenson, Esquire #6680
Attorney for Debtors
Robert C. Nisenson, LLC
10 Auer Court, Suite E
East Brunswick, NJ 08816
(732) 238-8777

(Page 4)
Debtors: Keith V. Hinkle and Jennifer M. Hinkle
Case No. 16-19872-CMG
Caption of Order: Consent Order for Relief from Stay

---

## CERTIFICATE OF MAILING

    I hereby certify that on _____, 20___, a copy of the foregoing Order was served on each of the following: Movant Carrington Mortgage Services, LLC.

                                            JAMES J. WALDRON, CLERK

Case 16-19872-CMG    Doc 35    Filed 12/02/16    Entered 12/03/16 00:35:13    Desc Imaged
Certificate of Notice    Page 4 of 5

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 16-19872-CMG
Keith V Hinkle, Jr.                                                                       Chapter 13
Jennifer M Hinkle
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Nov 30, 2016
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2016.
db             +Keith V Hinkle, Jr.,    244 Middlesex Rd,    Matawan, NJ 07747-3065
jdb            +Jennifer M Hinkle,    69 Evergreen Avenue,    Edison, NJ 08837-3301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2016                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2016 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor     BANK OF AMERICA N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Robert C. Nisenson    on behalf of Debtor Keith V Hinkle, Jr. rnisenson@aol.com,
           nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
          Robert C. Nisenson    on behalf of Joint Debtor Jennifer M Hinkle rnisenson@aol.com,
           nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
          Sean M. O'Brien    on behalf of Creditor     BANK OF AMERICA N.A. sobrien@flwlaw.com
          Warren S. Jones, Jr.    on behalf of Creditor     CARRINGTON MORTGAGE SERVICES, LLC
           wsjonesesq@verizon.net,    bestcasewsj@gmail.com
                                                                                             TOTAL: 7