Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.:  16−19872−CMG
                        Chapter:  13
                        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Keith V Hinkle Jr.                                Jennifer M Hinkle
   244 Middlesex Rd                               69 Evergreen Avenue
   Matawan, NJ 07747                           Edison, NJ 08837

Social Security No.:
   xxx−xx−6874                                       xxx−xx−6185

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on December 14, 2016.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 15, 2016
JJW: bwj

                                                                                  James J. Waldron
                                                                                   Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 16-19872-CMG
Keith V Hinkle, Jr.
Jennifer M Hinkle                                              Chapter 13
          Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin              Page 1 of 2          Date Rcvd: Dec 15, 2016
                             Form ID: 148             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2016.
db             +Keith V Hinkle, Jr.,    244 Middlesex Rd,    Matawan, NJ 07747-3065
jdb            +Jennifer M Hinkle,    69 Evergreen Avenue,    Edison, NJ 08837-3301
516504630       BANK OF AMERICA, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
516191189      +Boscov's,   PO Box 71106,    Charlotte, NC 28272-1106
516191190      +Capital One,    C/O Northland Group Inc,    PO Box 390846,    Minneapolis, MN 55439-0846
516191192     #+Carrington Mortgage Se,    1610 E Saint Andrew Place Sutie B150,    Santa Ana, CA 92705-4931
516513000      +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
516375724      +Carrington Services,    Att: Prober Raphael,    20750 Ventura Blvd,    Ste 100,
                 Woodland Hills, CA 91364-6207
516191194      +Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,    Po Box 790040,
                 St Louis, MO 63179-0040
516191195      +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516191196      +Citibank/The Home Depot,    C/O Northland Group Inc,    PO Box 390905,
                 Minneapolis, MN 55439-0905
516422023      +Midland Funding LLC,    PO Box 2011,    Warren MI 48090-2011
516191199       Pine Ridge Association,    1103 Pine Ridge,    Bushkill, PA 18324
516191200      +Synchrony Bank / Lowes,    C?O Portfolio Recovery Associates, LLC,    PO Box 12903,
                 Norfolk, VA 23541-0903
516191201      +Synchrony Bank/ JC Penneys,    C/O Northland Group Inc,    PO Box 390846,
                 Minneapolis, MN 55439-0846
516191205      +The Bureaus Inc.,    650 Dundee Rd,    Ste 370,    Northbrook, IL 60062-2757
516191206      +Thrift Investment Corp,    720 King George Post Rd,    Fords, NJ 08863-1985
516191208      +Tnb-Visa (TV) / Target,    C/O Lyons Doughty & Veldhuis,    PO Box 1269,
                 Mount Laurel, NJ 08054-7269

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 15 2016 23:28:14      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 15 2016 23:28:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516191188      +EDI: BANKAMER.COM Dec 15 2016 23:03:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
516302714       EDI: RECOVERYCORP.COM Dec 15 2016 23:03:00      Bureaus Investment Group Portfolio No 15 LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
516191191      +EDI: CAPITALONE.COM Dec 15 2016 23:03:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516443538       EDI: BL-BECKET.COM Dec 15 2016 23:03:00      Capital One NA,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
516191193      +E-mail/Text: cms-bk@cms-collect.com Dec 15 2016 23:27:46
                 Citibank NA / Aadvantage World Mastercar,    C/O Capital Management Services, LP,
                 698   South Ogden St.,    Buffalo, NY 14206-2317
516191197       EDI: WFNNB.COM Dec 15 2016 23:03:00      Comenity Bank/Lane Bryant,    Po Box 18215,
                 Columbus, OH 43218
516191198      +EDI: CBSKOHLS.COM Dec 15 2016 23:03:00      Kohls/Capital One,    Po Box 3120,
                 Milwaukee, WI 53201-3120
516521204       EDI: PRA.COM Dec 15 2016 23:03:00      Portfolio Recovery Associates, LLC,    c/o Lowes,
                 POB 41067,    Norfolk VA 23541
516521360       EDI: PRA.COM Dec 15 2016 23:03:00      Portfolio Recovery Associates, LLC,    c/o Old Navy,
                 POB 41067,    Norfolk VA 23541
516357135      +EDI: RESURGENT.COM Dec 15 2016 23:03:00      PYOD, LLC its successors and assigns as assignee,
                 of Citibank, N.A.,    Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
516303915       EDI: Q3G.COM Dec 15 2016 23:03:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
516191202      +EDI: RMSC.COM Dec 15 2016 23:03:00      Synchrony Bank/Amazon,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
516191203      +EDI: PRA.COM Dec 15 2016 23:03:00      Synchrony Bank/Old Navy,
                 C/O Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23541-0914
516191204      +EDI: RMSC.COM Dec 15 2016 23:03:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
516521436      +E-mail/Text: bncmail@w-legal.com Dec 15 2016 23:28:25      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516191207*     +Thrift Investment Corp,    720 King George Post Rd,    Fords, NJ 08863-1985
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Dec 15, 2016
                              Form ID: 148             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2016 at the address(es) listed below:

```
          Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Robert C. Nisenson    on behalf of Debtor Keith V Hinkle, Jr. rnisenson@aol.com,
           nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
          Robert C. Nisenson    on behalf of Joint Debtor Jennifer M Hinkle rnisenson@aol.com,
           nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
          Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA N.A. sobrien@flwlaw.com
          Warren S. Jones, Jr.    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC
           wsjonesesq@verizon.net,   bestcasewsj@gmail.com
                                                                                             TOTAL: 7
```