Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−19872−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Keith V Hinkle Jr.
244 Middlesex Rd
Matawan, NJ 07747

Jennifer M Hinkle
69 Evergreen Avenue
Edison, NJ 08837

Social Security No.:
xxx−xx−6874

xxx−xx−6185

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: April 13, 2017

Christine M. Gravelle
Judge, United States Bankruptcy Court